USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WALTER BRANCH,

                          **Plaintiff,**                20-CV-07968 (AJN)(SN)

                      -against-                        **ORDER**

ANTHONY J. ANNUCCI, et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 8, 2021, the Defendants filed their motion to dismiss the Complaint. ECF No. 27. The Plaintiff's opposition was due by May 8, 2021. To date, no opposition has been received. Accordingly, the Defendants are ORDERED to file proof of service of their motion papers on the docket no later than June 14, 2021. Given that the Plaintiff is representing himself *pro se*, the Court shall provide him with an additional 30 days in which to oppose the Defendants' motion once proof of service has been shown. If no response is filed, the Court will deem the motion fully briefed and ready for disposition.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 8, 2021
       New York, New York