```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Branch,

                Plaintiff,

        –v–

Annucci, *et al*,

                Defendants.

20-cv-07968 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Defendants filed their motion to dismiss the *pro se* Plaintiff's complaint. Dkt. No. 27. Pursuant to the Undersigned's Special Rules of Practice in Civil Pro Se Cases, the Defendants are required to serve the Plaintiff with a paper copy of all electronic filings and file with the Court a separate Affidavit of Service. If the Defendants have not yet served the Plaintiff the motion and accompanying papers, they must do so by June 17, 2021. If the Defendants have served these documents, they must file an Affidavit of Service on the docket by June 11, 2021.

    The Plaintiff's response to the motion to dismiss is due four weeks of the date of service of the Defendants' motion.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff and note that mailing on the public docket.

    SO ORDERED.

Dated: June 8, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge