UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER BRANCH,

               Plaintiff,

– against –

ANTHONY J. ANNUCCI, NA-KIN WALTON, MR. GIBSON, and LEWIS,

               Defendants.

**ORDER**

20 Civ. 7968 (ER)

Ramos, D.J.:

      Defendants filed a motion to dismiss in this action on April 8, 2021.  Doc. 27.  The Honorable Judge Nathan ordered Plaintiff Branch to respond to the motion within four weeks of the date of service of Defendants' motion.  Doc. 31.  Defendants mailed a copy of the motion to Branch on April 8, 2021.  As of this date, Branch has not responded to the motion.  The case was reassigned to Judge Ramos on December 10, 2021, and Branch's address has changed.  Branch is now directed to respond to the motion, Doc. 31, by January 20, 2022.  Failure to do so will result in the Court deeming the motion unopposed.  Branch is also reminded that it is his responsibility to submit a written notification to the Court if his address changes, and the Court may dismiss the action upon failure to do so.

      The Clerk of Court is respectfully requested to (i) change Plaintiff's mailing address on the docket to: Five Points Correctional Facility, 6600 State Route 96, Caller Box 119, Romulus, NY 14541; and (ii) mail a copy of this Order and the motion dated April 8, 2021 (Doc. 27) to Plaintiff's changed address.

2

It is SO ORDERED.

Dated:　December 16, 2021
　　　　　New York, New York

_____
E<small>DGARDO</small> R<small>AMOS</small>, U.S.D.J.

2