UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WALTER BRANCH,

                      **Plaintiff,**                              20-CV-07968 (ER)(SN)

            -against-                               <u>**ORDER**</u>

ANTHONY J. ANNUCCI, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On February 28, 2022, Judge Ramos denied Defendants' motion to dismiss the complaint but permitted Defendants to submit an additional brief responding to the complaint as a contempt motion. ECF No. 34. Defendants filed their opposition on May 11, 2022, and Plaintiff's reply was due on June 1, 2022. As of the issuance of this order, Plaintiff has filed no reply.

      On its own motion, the Court grants the *pro se* Plaintiff a final extension of two weeks to reply to Defendants' opposition. His reply is due by July 1, 2022. No further extensions will be granted.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      June 17, 2022
                 New York, New York